IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODRICK W. ARRINGTON, JR., <br><br> Plaintiff <br><br> v. <br><br> CITY OF ERIE POLICE DEPARTMENT, MATTHEW J. GUSTAFSON, JERRY STEVENS, ERIE COUNTY PROBATION OFFICE, ALEX KISSELL, ASHLEY CLARK, ERIE COUNTY DISTRICT ATTORNEY'S OFFICE, EMILY DOWNING, KHADJA HORTON, ERIE COUNTY PRISON, JOHN DOES (ERIE COUNTY PRISON GUARDS), <br><br> Defendants | NO. 1:22-cv-00226 <br><br> JURY TRIAL DEMANDED |

**CERTIFICATE OF CONFERRAL**

I, Patrick M. Carey, Esquire, counsel for Defendants, City of Erie, Matthew J. Gustafson and Jerry Stevens, certify that I conferred with Plaintiff's attorney, Peter A. Pentz, Esquire, regarding the issues contained in Plaintiff's Amended Complaint that are now the subject of the Defendants' Rule 12 Motion to Dismiss.

Respectfully submitted,

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

By_____
Patrick M. Carey, Esquire
717 State Street, Suite 701
Erie, PA 16501
(814) 480-7803