06-04-'20 09:17 FROM- 814-870-1513 T-058 P0002/0007 F-094

| COMMONWEALTH OF PENNSYLVANIA | POLICE CRIMINAL COMPLAINT |
|---|---|
| COUNTY OF: Erie | COMMONWEALTH OF PENNSYLVANIA VS. |
| Magisterial District Number: 06-1-03 | |
| MDJ: Hon. Carney | DEFENDANT: (NAME and ADDRESS): |
| Address: 609 W. 12th St. Erie, PA 16501 | Todrick Willis Arrington JR |
| Telephone: (814) 451-6528 | First Name  Middle Name  Last Name  Gen. |
| | 4220 Davidson Ave Apt. 102 Erie PA 16509 |

### NCIC Extradition Code Type

- [ ] 1-Felony Full
- [ ] 2-Felony Ltd.
- [x] 3-Felony Surrounding States
- [ ] 4-Felony No Ext.
- [ ] 5-Felony Pend.
- [ ] 6-Felony Pend. Extradition Determ.
- [ ] A-Misdemeanor Full
- [ ] B-Misdemeanor Limited
- [ ] C-Misdemeanor Surrounding States
- [ ] D-Misdemeanor No Extradition
- [ ] E-Misdemeanor Pending
- [ ] F-Misdemeanor Pending Extradition Determ.
- [ ] Distance: ____

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR-143-20 | 06/04/2020 | U879889-3 | 20-17272 | [ ] YES [x] NO |

| GENDER | DOB _/_/_ | POB | Add'l DOB _/_/_ | Co-Defendant(s) [ ] |
|---|---|---|---|---|
| [x] Male [ ] Female | First Name | Middle Name | Last Name | Gen. |
| | AKA | | | |

| RACE | [ ] White | [ ] Asian | [x] Black | [ ] Native American | [ ] Unknown |
| ETHNICITY | [ ] Hispanic | | [x] Non-Hispanic | | [ ] Unknown |

| HAIR COLOR | [ ] GRY (Gray) | [ ] RED (Red/Aubn.) | [ ] SDY (Sandy) | [ ] BLU (Blue) | [ ] PLE (Purple) | [ ] BRO (Brown) |
| | [x] BLK (Black) | [ ] ONG (Orange) | [ ] WHI (White) | [ ] XXX (Unk/Bald) | [ ] GRN (Green) | [ ] PNK (Pink) |
| | [ ] BLN (Blonde/Strawberry) | | | | | |

| EYE COLOR | [ ] BLK (Black) | [ ] BLU (Blue) | [x] BRO (Brown) | [ ] GRN (Green) | [ ] GRY (Gray) |
| | [ ] HAZ (Hazel) | [ ] MAR (Maroon) | [ ] PNK (Pink) | [ ] MUL (Multicolored) | [ ] XXX (Unknown) |

| DNA | [ ] YES [x] NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| FBI Number | 478776X09 | | MNU Number | 180 |
| Defendant Fingerprinted | [ ] YES [x] NO | | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | | 5  08 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat [ ] | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. [ ] | School Veh. [ ] | Oth. NCIC Veh. Code | Reg. same as Def. [ ] |
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth [ ] Approved [ ] Disapproved because:

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

_____  _____  __/__/__
(Name of the attorney for the Commonwealth)  (Signature of the attorney for the Commonwealth)  (Date)

I, Det. Matthew J. Gustafson, MPOETC 26750 BADGE 331
(Name of the Affiant) (PSP/MPOETC-Assigned Affiant ID Number & Badge #)

of the Erie Police Dept., PA0250200
(Identify Department or Agency Represented and Political Subdivision) (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. [x] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as _____
   [ ] I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 302 ]  600 blk. State St.
(Subdivision Code) (Place-Political Subdivision)

In Erie County [ 25 ] on or about 05/30/2020
       (County Code)              (Offense Date)

**EXHIBIT D**

AOPC 412A – Rev. 07/18       Page 1 of __

06-04-'20 09:18 FROM- 814-870-1513 T-058 P0003/0007 F-094

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/04/2020 | OTN/LiveScan Number | Complaint/Incident Number 20-17272 |
|---|---|---|---|
| Defendant Name | First: Todrick | Middle: Willis | Last: Arrington |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ___ |
|---|---|---|---|---|

| ☒ | 1 | 5501 | (a)(1-3) | of the | PCC | 1 | F3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): PCC 5501(a)(1-3) Riot : A person is guilty of riot, a felony of the third degree, if he participates with two or more others in a course of disorderly conduct with intent to commit or facilitate the commission of a felony or misdemeanor and with intent to prevent or coerce official action

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ___ |
|---|---|---|---|---|

| ☒ | 2 | 3304 | (a)(1) | of the | PCC | 1 | M2 | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):PCC 3304(a)(1) Criminal Mischief : A person is guilty of criminal mischief if he damages tangible property of another intentionally

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older ___ |
|---|---|---|---|---|

| ☐ | | | | of the | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):

Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

Acts of the accused: To Wit: On 6/03/2020 Def. did intentionally cause damage to a parking meter located in the 600 blk. of State St. Def. is shown in a video standing over a smashed double parking meter valued at $1100 each belonging to the Erie Parking Authority immediately after hearing it be broke. Def. did gather in the areas ranging from the 400 blk. Of State St. to the 700 blk. Of State St. Def. did participate in the crime of Criminal Mischief while large fireworks and other objects were thrown or launched towards police officers. During these actions, many businesses were damaged and fires were started. These acts endangered the general public along with First Responders. The Def. did commit the crimes of Criminal Mischief with the Intent to prevent the Erie Police Dept. from restoring order and to coerce an official action of using force to restore order.

AOPC 412A – Rev. 07/18    Page __ of __

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/04/2020 | OTN/LiveScan Number | Complaint/Incident Number 20-17272 |
|---|---|---|---|
| Defendant Name | First: Todrick | Middle: Willis | Last: Arrington |

2. I ask that a Warrant of Arrest be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered ___ through ___.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

06/04 _____ 2020 _____ Det. _____ 331
(Date)         (Year)       (Signature of Affiant)

AND NOW, on this date June 4th 2020 I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

06-1-05 _____ Timothy S. Beveridge
(Magisterial District Court Number)   (Issuing Authority)

TIMOTHY S. BEVERIDGE
DISTRICT JUDGE 06-1-05
1571 WEST 38th STREET
ERIE, PA 16508
MY COMMISSION EXPIRES 1/2/2024

06-04-'20 09:18 FROM- 814-870-1513 T-058 P0005/0007 F-094

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/04/2020 | OTN/LiveScan Number | Complaint/Incident Number 20-17272 |
|---|---|---|---|
| Defendant Name: | First: Todrick | Middle: Willis | Last: Arrington |

## AFFIDAVIT of PROBABLE CAUSE

On 05/31/2020, this Detective(Gustafson) was assigned the investigation of Criminal Mischief to 3 double parking meters located in the 600 blk. of State St. This damage was done during the course of a riot in the downtown area. I started to look through video on our department ID drive and found a video that had been added that showed a male standing over a broken parking meter. Just prior to showing the male standing there, you can hear the meter being shoved off its base and onto the cement. The value of the parking meters are $1100 each. I did distribute the video through email to all sworn police personnel asking if anyone was able to identify the actor. I was also able to find video of the Def. from earlier in the day when he did not have his mask covering his face and sent a still photo of that out via email also. Off. J. Stevens contacted me and told me that he recognized the person as the def. Toderick Arrington. I did run a Jnet picture of Arrington and he is the person in the video damaging the parking meter. I also contacted Erie County Adult Probation and sent them a picture of the video I had found from earlier in the night when he did not have a mask on. Erie County Probation Officers Alex Kiesell and Ashley Clark both identified the Def. in the photo as Toderick Arrington. Def. did also gather in the areas ranging from the 400 blk. Of State St. to the 700 blk. Of State St. Def. did participate in the crime of Criminal Mischief while large fireworks and other objects were thrown or launched towards police officers. During these actions, many businesses were damaged and fires were started. These acts endangered the general public along with First Responders. The Def. did commit the crimes of Criminal Mischief with the intent to prevent the Erie Police Dept. from restoring order and to coerce an official action of using force to restore order.

Based on the information above, I request that a Warrant of Arrest be issued for Toderick Arrington DOB 11/10/1995 last 4 of S.S. 6973 for Criminal Mischief(M2) and Riot(F3).

I, Det. Matthew J. Gustafson, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

(Signature of Affiant) 331

Sworn to me and subscribed before me this 4TH day of JUNE 2020

Date Timothy S. Beveridge, Magisterial District Judge

My commission expires first Monday of January, 2024.

TIMOTHY S. BEVERIDGE
DISTRICT JUDGE 06-1-05
1571 WEST 38th STREET
ERIE, PA 16508
MY COMMISSION EXPIRES 1/2/2024

AOPC 411C - Rev. 07/18 Page of