IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

| | | | |
|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | | |
| | : | | |
| VS. | : | | |
| | : NO: | 1346 OF 2020 | |
| TODRICK ARRINGTON, | : | | |
| Defendant | : | | |

## NOTICE OF ALIBI DEFENSE

COMES NOW, Defendant, by and through his counsel, and Gives Notice of his intention to offer an Alibi Defense in the above-captioned matter as follows:

1. Defendant intends to call Witness Daeojzhanae Noble, who was in the company of Defendant during the evening in question. Ms. Noble resides at 604 East 11th Street, Erie, PA 16503. Ms. Noble's telephone number is available to Defense Counsel and will be relinquished to the Commonwealth upon request.

2. Any further witnesses relevant to Defendant's alibi defense, who subsequently becomes known to Defendant, shall be disclosed to the Commonwealth pursuant to Pennsylvania Rule of Criminal Procedure 567(E).

HUTZELMAN & HARMON

By _____
Michael Harmon, Esq.
Attorney for Defendant
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
Email: michael@hh-legal.com
PA ID: 206075

Date: 3-25-21



EXHIBIT A

IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : : : |
| VS. | : : NO: 1346 OF 2020 |
| TODRICK ARRINGTON, Defendant | : : : |

## CERTIFICATE OF SERVICE

I, Michael Harmon, Esquire, certify under penalty of perjury, that on March 25, 2021, I served, or caused to be served, a copy of Defendant's Notice of Alibi Defense on the Commonwealth through the Office of the District Attorney at the following address:

hand delivery at Courthouse box

Emily Downing, Esq.
Office of the District Attorney
Erie County Courthouse
140 West 6th Street
Erie, PA 16501

HUTZELMAN & HARMON

By_____
Michael Harmon, Esq.
Attorney for Defendant
333 State Street, Suite 203
Erie, PA 16507
Phone: (814) 459-7754
Fax: (814) 459-8996
Email: michael@hh-legal.com
PA ID: 206075

Date: 3-25-21