Received: DIST JUDGE BIZZA  Nov 16 2020 10:21am  P004
DIST JUDGE BIZZARO  Fax:814-451-6523  Nov 16 2020 10:22am  P004/008

# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA vs.

| COMMONWEALTH OF PENNSYLVANIA | DEFENDANT: | (NAME and ADDRESS) |
|---|---|---|
| COUNTY OF ERIE | | |
| Magisterial District Number: 06-1-02 | TODRICK WILLIS ARRINGTON | |
| MDJ Hon. VACANT | First Name  Middle Name  Last Name  Gen. | |
| Address: 1021 PARADE ST, ERIE, PA 16503 | 648 E 24TH ST, ERIE, PA 16502 | |
| Telephone: 814-451-6530 | | |

### NCIC Extradition Code Type
- ☐ 1 - Felony Full
- ☐ 2 - Felony Ltd.
- ☐ 3 - Felony Surrounding States
- ☐ 4 - Felony No Ext.
- ☐ 5 - Felony Pend.
- ☐ 6 - Felony Pend. Extradition Determ.
- ☐ A - Misdemeanor Full
- ☐ B - Misdemeanor Limited
- ☐ C - Misdemeanor Surrounding States
- ☐ D - Misdemeanor No Extradition
- ☐ E - Misdemeanor Pending
- ☐ F - Misdemeanor Pending Extradition Determ.
- ☐ Distance: ___

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Service? |
|---|---|---|---|---|
| | 11/13/2020 | U914642-1 | C2020-0294 | ☐ YES ☒ NO |

| GENDER | DOB 11/10/1995 | POB PENNSYLVANIA | Add'l. DOB | Co-Defendants? ☒ |
|---|---|---|---|---|
| ☒ Male ☐ Female | AKA First Name | Middle Name | Last Name | Gen. |

**RACE:** ☐ White ☐ Asian ☒ Black ☐ Native American ☐ Unknown
**ETHNICITY:** ☐ Hispanic ☒ Non-Hispanic ☐ Unknown
**HAIR COLOR:** ☐ Gry (Gray) ☐ Red (Red/Aubn) ☐ SDY (Sandy) ☐ BLU (Blue) ☐ PLE (Purple) ☐ BRO (Brown) ☒ Blk (Black) ☐ Ong (Orange) ☐ WHI (White) ☐ XXX (Ink./Bald) ☐ GRN (Green) ☐ PNK (Pink) ☐ Bln (Blonde / Strawberry)
**EYE COLOR:** ☐ Blk (Black) ☐ Blu (Blue) ☒ BRO (Brown) ☐ GRN (Green) ☐ GRY (Gray) ☐ HAZ (Hazel) ☐ MAR (Maroon) ☐ PNK (Pink) ☐ MUL (Multicolored) ☐ XXX (Unknown)

| DNA | ☐ YES ☒ NO | DNA Location | | WEIGHT (lbs.) 170 |
|---|---|---|---|---|
| FBI Number 478776XD9 | | MNU Number | | |
| Defendant Fingerprinted | ☐ YES ☒ NO | | | Ft. HEIGHT In. |
| Fingerprint Classification | | | | 5 06 |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. Same as Def. ☐ |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth  ☐ Approved  ☐ Disapproved because: ___

(The attorney for the Commonwealth may require the complaint, arrest warrant affidavit, or both, be approved by the attorney for the Commonwealth prior to filing. See PA. R. Crim. P 507.)

_____  _____  _____
(Name of the attorney for the Commonwealth - Please Print or Type)  (Signature of the attorney for the Commonwealth)  (Date)

I, **DET. TODD M. MANGES**  **07/25386**
(Name of the Affiant)  PSP/MPOETC - Assigned Affiant ID Number & Badge #

of **ERIE COUNTY DETECTIVE BUREAU**  **PA0251600**
(Identify Department or Agency Represented and Political Subdivision)  (Police Agency ORI Number)

do hereby state:

1. ☐ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as ___

   ☐ I accuse the defendant whose name and popular designation are unknown to me and whom I have therefore designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at [ **302** ] **ERIE**
   (Subdivision Code) (Place-Political Subdivision)
   **1613 ASH ST, ECP**
   in **ERIE** County [ **25** ] on or about **19 OCTOBER 2020 AT 1700 HRS.**
   (County Code) (Offense Date)


EXHIBIT C

AOPC 412A - Rev. 07/18

Nov 13 2020 12:48pm  P016

a 1 of 4

Received:DIST JUDGE BIZZA
DIST JUDGE BIZZARO    Fax:814-451-6523    Nov 16 2020 10:22am    P005
                                          Nov 16 2020 10:22am    P005/008

| Docket Number | Date Filed 11/13/2020 | OTN/LiveScan Number | Complaint/Incident Number C2020-0294 |
|---|---|---|---|
| Defendant Name | First TODRICK | Middle WILLIS | Last ARRINGTON |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA §§ 213. - 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older  0 |

| ☒ Lead? | 1 | 2703.1 |  | of the | 18 | 1 | F3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (Include the name of statute or ordinance):
**AGGRAVATED HARASSMENT BY PRISONER**

Acts of the accused associated with this Offense:
AGGRAVATED HARASSMENT BY PRISONER- The Actor, on or about the aforementioned date/time, in the County of Erie, who is confined or committed to any local or county detention facility, jail or prison or any State penal or correctional institution or other State penal or correctional facility located in this Commonwealth commits a felony of the third degree if he, while so confined or committed or while undergoing transportation to or from such an institution or facility in or to which he was confined or committed, intentionally or knowingly causes or attempts to cause another to come into contact with blood, seminal fluid, saliva, urine or feces by throwing, tossing, spitting or expelling such fluid or material, in violation of Section 2703.1 of the Pennsylvania Crimes Code.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older  0 |

| ☐ Lead? | 2 | 2701 | A1 | of the | 18 | 1 | M3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (Include the name of statute or ordinance):
**Simple Assault**

Acts of the accused associated with this Offense:
SIMPLE ASSAULT- The Actor, on or about the aforementioned date/time, in the County of Erie, attempted to cause or intentionally, knowingly or recklessly caused bodily injury, in violation of Section 2701(a)(1) of the Pennsylvania Crimes Code..

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18.903 | Number of Victims Age 60 or Older  0 |

| ☐ Lead? | 3 | 5503 | A1* | of the | 18 | 1 | M3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone |

Statute Description (Include the name of statute or ordinance):
**Disorderly Conduct Engage in Fighting**

Acts of the accused associated with this Offense:
DISORDERLY CONDUCT - ENGAGE IN FIGHT - The Actor, on or about the aforementioned date/time, in the County of Erie, is guilty of disorderly conduct if, with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, he engages in fighting or threatening, or in violent or tumultuous behavior, in violation of Section 5503 (a)(1) of the Pennsylvania Crimes Code.

Received:DIST JUDGE BIZZA                              Nov 16 2020 10:23am    P006
DIST JUDGE BIZZARO    Fax:814-451-6523    Nov 16 2020 10:23am    P006/008

| Docket Number | Date Filed 11/13/2020 | OTN/LiveScan Number | | Complaint/Incident Number C2020-0294 |
|---|---|---|---|---|
| Defendant Name | First TODRICK | Middle WILLIS | | Last ARRINGTON |

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older  0 |
|---|---|---|---|---|---|---|
| ☐ Lead? | 4 | 5503 | A4* | of the | 18 | 1 | M3 | | |
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
| PennDOT Data (if applicable) | Accident Number | | | ☐ Safety Zone | | | ☐ Work Zone |

Statute Description (Include the name of statute or ordinance):
**Disorder Conduct Hazardous/Physi Off**

Acts of the accused associated with this Offense:
DISORDERLY CONDUCT - HAZARDOUS/PHYS OFF - The Actor, on or about the aforementioned date/time, in the County of Erie, is guilty of disorderly conduct if, with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, he creates a hazardous or physically offensive condition by any act which serves no legitimate purpose of the actor, in violation of Section 5503(a)(4) of the Pennsylvania Crimes Code.

**POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed 11/13/2020 | OTN/LiveScan Number | Complaint/Incident Number C2020-0294 |
|---|---|---|---|
| Defendant Name: | First TODRICK | Middle WILLIS | Last ARRINGTON |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of section 4904 of the Crimes Code (18 PA C.C. 4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page(s) numbered __1__ through __3__.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_November 13_, _2020_     Det. _[signature]_ #7
(Date)                      (Signature of Affiant)

AND NOW, on this date _11/13/20_   I certify that the complaint has been properly completed and verified.
An affidavit of probable cause must be completed before a warrant can be issued.

_06-1-07_                    _[signature]_
(Magisterial District Court Number)     (Issuing Authority)

Received: DIST JUDGE BIZZA                              Nov 16 2020 10:23am      P008
DIST JUDGE BIZZARO     Fax:814-451-6523                 Nov 16 2020 10:24am      P008/008

| Docket Number | Date Filed 11/13/2020 | OTN/LiveScan Number | Complaint/Incident Number C2020-0294 |
|---|---|---|---|
| Defendant Name | First TODRICK | Middle WILLIS | Last ARRINGTON |

## AFFIDAVIT of PROBABLE CAUSE

Your affiant is an Erie County Detective with over 22 years of law enforcement experience. I have been employed by the Erie County Detective Bureau for over 6 years. While not all inclusive, additional previous law enforcement experience was obtained with the Borough of North East Police, U.S. Customs and Border Protection, and the Tohono O'odham Nation Police Department.

Over the course of my employment as a police officer, I have conducted and participated in hundreds of criminal investigations which have resulted in arrests for crimes of all nature, with many resulting in convictions in State, Tribal, and Federal Courts.

On October 19, 2020, the defendant, Todrick ARRINGTON, an inmate at the Erie County Prison, was involved in a fight with co-defendants, Emire ROSENDARY and Tevin FIELDS, with multiple punches being thrown between the parties, resulting in the prison to be placed on lock down until all parties could be separated and an assessment of facility security could be completed.

As prison staff attempted to detain ARRINGTON, he attempted to spit at the co-defendants as they were being removed from the scene. In this attempt, he spit on prison staff, striking one in the eye with a mixture of his saliva and blood, causing that staff member to have medical treatment, incurring an anti-body treatment regimen.

Based upon the review of staff reports and prison video surveillance, I ask for the defendant to be charged with Aggravated Assault by Prisoner, Simple Assault, and Disorderly Conduct.

I, **DET. TODD M. MANGES (07)**, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _13TH_ day of _November_, _2020_

_11/13/20_ Date _____, Magisterial District Judge

My commission expires first Monday of January, _2022_

AOPC 411C - Rev 07/18                                                       Page 1 of 1

Case 1:22-cv-00226-SPB   Document 10-3   Filed 09/16/22   Page 6 of 13



# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET

Docket Number: CP-25-CR-0002899-2020

# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 1 of 8

## CASE INFORMATION

Judge Assigned: Mead, John J.      Date Filed: 12/18/2020      Initiation Date: 11/16/2020
OTN: U 914642-1     LOTN:      Originating Docket No: MJ-06102-CR-0000331-2020
Initial Issuing Authority: Ronald E. Antos      Final Issuing Authority: Ronald E. Antos
Arresting Agency: Erie County Detective      Arresting Officer: Manges, Todd M.
Complaint/Citation No.: 200294      Incident Number:
Case Local Number Type(s)      Case Local Number(s)

## STATUS INFORMATION

Case Status: Closed      Complaint Date: 11/16/2020

| Status Date | Processing Status |
|---|---|
| 08/27/2021 | Sentenced/Penalty Imposed |
| 08/27/2021 | Awaiting Sentencing |
| 08/25/2021 | Awaiting Guilty Plea |
| 01/26/2021 | Awaiting Trial |
| 01/20/2021 | Awaiting Formal Arraignment |
| 01/08/2021 | Awaiting Trial |
| 12/30/2020 | Awaiting Formal Arraignment |
| 12/18/2020 | Awaiting Filing of Information |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 01/25/2021 | 1:00 pm | Courtroom H - Room 229 | Julia Elaine Bagnoni | Cancelled |
| Trial | 04/05/2021 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Moved |
| Trial | 05/03/2021 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Moved |
| Trial | 08/09/2021 | 9:00 am | Court Admin Room 204 | Julia Elaine Bagnoni | Moved |
| Guilty Plea | 08/27/2021 | 8:45 am | Courtroom C - Room 213 | Judge John J. Mead | Scheduled |
| Trial | 10/04/2021 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Cancelled |
| Collections Court | 02/22/2022 | 1:00 pm | Courtroom G - Room 222 |  | Scheduled |

CPCMS 9082      Printed 07/07/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET

**Docket Number: CP-25-CR-0002899-2020**
## CRIMINAL DOCKET
Court Case

Page 2 of 8

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Date Of Birth: | 11/10/1995 | City/State/Zip: | Erie, PA 16503 |

**Alias Name**
Arrington, Toderick Jr.
Arrington, Toderick W.
Arrington, Toderick W. Jr.
Arrington, Todrick
Arrington, Todrick Jr.
Arrington, Todrick Sr.
Arrington, Todrick W.
Arrington, Todrick W. Jr.
Arrington, Todrick Willis

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Arrington, Todrick Willis Jr. |

### BAIL INFORMATION

Arrington, Todrick Willis Jr.                                                                    Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 11/16/2020 | Monetary | | $25,000.00 | | |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 5 | M3 | 18 § 2709 §§ A7 | Harassment - Comm. Repeatedly in Another Manner | 10/19/2020 | U 914642-1 |
| 2 | 2 | M3 | 18 § 2701 §§ A1 | Simple Assault | 10/19/2020 | U 914642-1 |

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Held for Court (Lower Court)** Defendant Was Present

| Lower Court Disposition | 12/02/2020 | Not Final | |
|---|---|---|---|
| 2 / Simple Assault | Held for Court (Lower Court) | M3 | 18 § 2701 §§ A1 |

**Proceed to Court**

| Information Filed | 01/20/2021 | Not Final | |
|---|---|---|---|
| 2 / Simple Assault | Proceed to Court | M3 | 18 § 2701 §§ A1 |

CPCMS 9082                                                                                                                      Printed: 07/07/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET

**Docket Number: CP-25-CR-0002899-2020**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 3 of 8

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Guilty Plea**

| Guilty Plea | 08/27/2021 | Final Disposition | |
|---|---|---|---|
| 1 / Harassment - Comm. Repeatedly in Another Manner | Guilty Plea | M3 | 18 § 2709 §§ A7 |
| Mead, John J. | 08/27/2021 | 285 Days | |
| Probation | 1 year | | |
| Letter of apology to victim. | | | |
| Brabender, Daniel J. Jr. | 05/03/2022 | 285 Days | |
| Confinement | Min of 6.00 Months | | |
| | Max of 12.00 Months | | |
| | 6 months - 12 months | | |

**The defendant will pay any costs/fines/restitution previously imposed.
**Parole and discharge/close out docket.

| 2 / Simple Assault | Guilty Plea | M3 | 18 § 2701 §§ A1 |
|---|---|---|---|
| Mead, John J. | 08/27/2021 | 285 Days | |
| Probation | 1 year | | |
| Brabender, Daniel J. Jr. | 05/03/2022 | 285 Days | |
| Confinement | Min of 6.00 Months | | |
| | Max of 12.00 Months | | |
| | 6 months - 12 months | | |

**LINKED SENTENCES:**

Link 1
CP-25-CR-0002899-2020 - Seq. No. 2 (18 § 2701 §§ A1) - Confinement is Concurrent with
CP-25-CR-0002899-2020 - Seq. No. 1 (18 § 2709 §§ A7) - Confinement

CPCMS 9082                                                                                                              Printed 07/07/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



**Docket Number: CP-25-CR-0002899-2020**
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 4 of 8

### COMMONWEALTH INFORMATION

| | |
|---|---|
| Name: | Erie County District Attorney's Office |
| | Prosecutor |
| Supreme Court No: | |
| Phone Number(s): | |
| 814-451-6349 | (Phone) |
| Address: | |
| Erie County Courthouse | |
| 140 West Sixth Street | |
| Erie, PA 16501 | |

### ATTORNEY INFORMATION

| | |
|---|---|
| Name: | Michael William Harmon |
| | Court Appointed - Public Defender |
| Supreme Court No: | 206075 |
| Rep. Status: | Active |
| Phone Number(s): | |
| 814-459-7754 | (Phone) |
| Address: | |
| Hutzelman & Harmon | |
| 333 State St Ste 203 | |
| Erie, PA 16507 | |

Representing: Arrington, Todrick Willis Jr.

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/16/2020 | | Antos, Ronald E. |
| Bail Set - Arrington, Todrick Willis Jr. | | | |
| 1 | 12/18/2020 | | Clerk of Courts Office - Erie County |
| Original Papers Received from Lower Court | | | |
| 1 | 01/07/2021 | | Harmon, Michael William |
| Entry of Appearance | | | |
| 1 | 01/08/2021 | | Harmon, Michael William |
| Waiver of Appearance at Arraignment | | | |
| 1 | 01/12/2021 | | Arrington, Todrick Willis Jr. |
| (See 1346-2020) Case Correspondence - Forwarded to Atty re: nominal bail/rule 600 | | | |
| Arrington, Todrick Willis Jr. | | | |
| 01/19/2021 | Interoffice | | |
| Harmon, Michael William | | | |
| 01/19/2021 | First Class | | |
| 1 | 01/20/2021 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 05/11/2021 | | Harmon, Michael William |
| Motion to Continue | | | |

CPCMS 9082    Printed: 07/07/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002899-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 5 of 8

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 2 | 05/13/2021 | | Mead, John J. |
| Order Granting Motion to Continue Trial | | | |
| Erie County Court Administration | | | |
| 05/13/2021 | Interoffice | | |
| Erie County District Attorney's Office | | | |
| 05/13/2021 | Interoffice | | |
| Harmon, Michael William | | | |
| 05/13/2021 | First Class | | |
| 1 | 07/06/2021 | | Arrington, Todrick Willis Jr. |
| (See 1346-2020) Case Correspondence- fwd letter to Atty Harmon | | | |
| Arrington, Todrick Willis Jr. | | | |
| 07/07/2021 | Interoffice | | |
| Harmon, Michael William | | | |
| 07/07/2021 | Interoffice | | |
| 1 | 08/03/2021 | | Harmon, Michael William |
| Motion To Continue | | | |
| 1 | 08/06/2021 | | Mead, John J. |
| Order Granting Motion for Continuance | | | |
| Erie County Court Administration | | | |
| 08/06/2021 | Interoffice | | |
| Erie County District Attorney's Office | | | |
| 08/06/2021 | Interoffice | | |
| 1 | 08/18/2021 | | Arrington, Todrick Willis Jr. |
| (See 1346-2020)Case Correspondence-Sent def updated docket sheet | | | |
| Arrington, Todrick Willis Jr. | | | |
| 08/18/2021 | Interoffice | | |
| 1 | 08/27/2021 | | Mead, John J. |
| Rule 119 Waiver | | | |
| 2 | 08/27/2021 | | Mead, John J. |
| Defendant's Rights at Sentencing | | | |

CPCMS 9082                                                                                                     Printed: 07/07/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



**Docket Number: CP-25-CR-0002899-2020**
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 6 of 8

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 08/27/2021 | | Mead, John J. |
| Defendant's Statement of Understanding of Rights Prior to Guilty or No Contest Plea | | | |
| 4 | 08/27/2021 | | Mead, John J. |
| Guilty Plea | | | |
| 5 | 08/27/2021 | | Mead, John J. |
| Order - Sentence/Penalty Imposed | | | |
| 1 | 08/30/2021 | | Court of Common Pleas - Erie County |
| Penalty Assessed | | | |
| 1 | 09/01/2021 | | Arrington, Todrick Willis Jr. |
| Case Correspondence-Fwd letter to Atty Harmon RE: Wants a Motion to lift Detainer | | | |
| Arrington, Todrick Willis Jr. | | | |
| 09/02/2021 | Interoffice | | |
| Harmon, Michael William | | | |
| 09/02/2021 | Interoffice | | |
| 2 | 09/01/2021 | | Court of Common Pleas - Erie County |
| Guideline Sentence Form | | | |
| 1 | 09/03/2021 | | Gamble, Kenneth |
| Correspondence returned-Def released from ECP | | | |
| 1 | 11/23/2021 | | Court of Common Pleas - Erie County |
| Delinquency Notice Filed - 32 Days Overdue | | | |
| 1 | 12/23/2021 | | Court of Common Pleas - Erie County |
| Delinquency Notice Filed - 62 Days Overdue | | | |
| 1 | 01/25/2022 | | Erie County Probation Department |
| Collections Court Scheduled 02/22/2022 1:00PM | | | |
| 2 | 01/25/2022 | | Court of Common Pleas - Erie County |
| Delinquency Notice Filed - 95 Days Overdue | | | |
| 2 | 05/03/2022 | | Brabender, Daniel J. Jr. |
| Revocation Order - Cts. 1-2 Revoked (Discharge/close out docket) | | | |

CPCMS 9082　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed 07/07/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002899-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 8 of 8

### CASE FINANCIAL INFORMATION

Last Payment Date:                                     Total of Last Payment:

| Arrington, Todrick Willis Jr.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| ATJ | $6.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| Automation Fee (Erie) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| CJES | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| Clerk's Fee (Plea) (Erie) | $118.50 | $0.00 | $0.00 | $0.00 | $118.50 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $11.00 | $0.00 | $0.00 | $0.00 | $11.00 |
| Costs of Prosecution - CJEA | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| County Court Cost (Act 204 of 1976) | $35.70 | $0.00 | $0.00 | $0.00 | $35.70 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $21.25 | $0.00 | $0.00 | $0.00 | $21.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| State Court Costs (Act 204 of 1976) | $12.80 | $0.00 | $0.00 | $0.00 | $12.80 |
| User Fee (Erie) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Restitution Fee (Erie) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Administrative Fee (Erie) | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 |
| OSP (Erie/State) (Act 35 of 1991) | $180.00 | $0.00 | ($180.00) | $0.00 | $0.00 |
| OSP (Erie/State) (Act 35 of 1991) | $180.00 | $0.00 | ($180.00) | $0.00 | $0.00 |
| **Costs/Fees Totals:** | $893.25 | $0.00 | ($360.00) | $0.00 | $533.25 |
| **Grand Totals:** | $893.25 | $0.00 | ($360.00) | $0.00 | $533.25 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0002899-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Todrick Willis Arrington Jr.

Page 7 of 8

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/04/2022 | | Brabender, Daniel J. Jr. |
| Order Granting Parole Effective 5/3/22 | | | |

### PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq. | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | | Suspended | Next Due Amt |
| 25-2022-P000001732 | Monthly | 07/01/2022 | Yes | $75.00 |
| | | | No | $75.00 |

| Payment Plan History: | Receipt Date | Payor Name | Participant Role | Amount |
|---|---|---|---|---|

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.