IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODRICK W. ARRINGTON, JR., <br><br> Plaintiff <br><br> v. <br><br> CITY OF ERIE; MATTHEW J. GUSTAFSON; JERRY STEVENS; ERIE COUNTY; ALEX KISSELL; ASHLEY CLARK; EMILY DOWNING; KHADIJA HORTON; JOHN DOES (ERIE COUNTY PRISON PERSONNEL); VICTORIA HERMANN, <br><br> Defendants | NO. 1:22-CV-226 <br><br><br> JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Erie County Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) filed on behalf of Alex Kissell, Ashley Clark, Emily Downing, Khadija Horton and Erie County, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiff's Amended Complaint is hereby **DISMISSED, with PREJUDICE** against the moving Defendants.

_____
J.