IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TODRICK W. ARRINGTON, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 1:22-cv-226 |
| v. | ) |
| | ) |
| **MATTHEW J. GUSTAFSON,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER RE: MOTION AT ECF NO. [68]

AND NOW, this 16th day of January 2026, upon consideration of Defendants Kissel and Clark's Motion to Compel Discovery Responses filed at ECF No. [68] and the arguments of counsel that were heard by the Court during the telephonic motion hearing held this same date,

IT IS ORDERED that the motion is GRANTED in part as follows:

1. With respect to any outstanding discovery requests pertaining to Plaintiff's claim for medical expenses, counseling bills, or allegations of physical, emotional, and/or mental health injuries, Plaintiff's counsel shall provide defense counsel, within twenty (20) days hereafter, a written authorization for the release of Plaintiff's records from any provider, outside of the Erie County Prison, who rendered treatment to Plaintiff, as stated more fully on the record.

2. With respect to any outstanding discovery requests pertaining to Plaintiff's claim for lost wages or earnings, Plaintiff's counsel shall confer with his client regarding the reasons Plaintiff separated from any employment he held during the years 2015 to 2020. Plaintiff's counsel shall then disclose those reasons to defense counsel within twenty (20) days hereafter, as stated more fully on the record.

3. With respect to any outstanding discovery requests pertaining to Plaintiff's claim for legal fees and costs, Plaintiff's counsel shall disclose to defense counsel, within twenty (20) days hereafter, all information pertaining to any legal fees, costs, or expenses that Plaintiff incurred in connection with his criminal proceedings. In addition, Plaintiff's counsel shall disclose, within twenty (20) days hereafter, whether Plaintiff is seeking the recovery of legal fees and costs incurred in this action and, if so, counsel shall also produce the relevant fee agreement, as stated more fully on the record.

4. With respect to any outstanding discovery requests that pertain to Plaintiff's tax returns, Plaintiff's counsel must provide defense counsel, within twenty (20) days hereafter, a written authorization for the release any tax records Plaintiff may have on file with the Internal Revenue Service, as stated more fully on the record.

5. With respect to any outstanding discovery requests relating to Plaintiff's phone records, text messages, or electronic communications on May 30, 2020 and May 31, 2020, Plaintiff's counsel must provide defense counsel such records within twenty (20) days hereafter, as stated more fully on the record.

IT IS FURTHER ORDERED that, in all other respects, the motion to compel is DENIED without prejudice and may be reasserted, in the event future circumstances so warrant.

So Ordered this 16th day of January 2026.

BY THE COURT:

*s/Susan Paradise Baxter*
Susan Paradise Baxter
U.S. District Judge