IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TODRICK W. ARRINGTON, JR.,** | ) |
| **Plaintiff,** | ) ) ) |
| | ) Case No. 1:22-cv-226 |
| v. | ) ) |
| **MATTHEW J. GUSTAFSON**, *et al.*, | ) ) |
| **Defendants.** | ) ) |

## ORDER

AND NOW, this 25th day of February 2026, upon consideration of the motion for summary judgment filed by Correctional Officer Michael Beganics, Correctional Officer Ryan Tarasovich, Correctional Officer Adam Johnston, and Lt. Shawn Bolt, ECF No. [39], and all filings related thereto,

IT IS ORDERED, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is GRANTED in part and DENIED in part as follows:

1. The motion is GRANTED insofar as it relates to Plaintiff's Fourteenth Amendment failure-to-intervene claim against Defendant Johnston.

2. The motion is DENIED insofar as it relates to Plaintiff's Fourteenth Amendment claims predicated on Lt. Bolt or Officer Tarasovich placing Arrington in the same cell as Inmate Brown.

IT IS FURTHER ORDERED that the following claims are DISMISSED with prejudice for failure to state a claim upon which relief can be granted:

1. Plaintiff's Fourteenth Amendment claims predicated on Officer Beganics allegedly assaulting Arrington on or around October 4, 2020;

2. Plaintiff's Fourteenth Amendment claim predicated on Lt. Bolt strip searching Plaintiff on or around July 2, 2020; and

3. Plaintiff's Fourteenth Amendment claim predicated on Lt. Bolt and Officer Beganics allegedly insulting, ridiculing and/or intimidating Arrington on or around July 2, 2020.

IT IS FURTHER ORDERED that Plaintiff's Fourteenth Amendment claims predicated on Officers Johnston and Beganics placing Arrington in the same cell as Inmate Brown are DISMISSED without prejudice. Plaintiff may reassert these claims in an amended pleading to be filed **on or before March 20, 2026**, to the extent he can do so consistent with his obligations under Rule 11 of the Federal Rules of Civil Procedure. **In the event Plaintiff fails to file an amended pleading by the aforementioned date, the dismissal of these claims will be converted to a dismissal with prejudice, without further notice.**

Finally, IT IS ORDERED that Plaintiff's claim against Officer Johnston based on an alleged false misconduct report will remain in the case for the time being, subject to further prosecution.

Susan Paradise Baxter
United States District Judge