IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TODRICK W. ARRINGTON, JR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:22-cv-226 |
| **MATTHEW J. GUSTAFSON,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER OF JUDGMENT

AND NOW, this 25th day of February 2026, IT IS ORDERED that, pursuant to Rule 58 of the Federal Rules of Civil Procedure,

JUDGMENT is hereby entered in favor of Correctional Officer Adam Johnston and against Plaintiff Todrick W. Arrington, Jr. with respect to Plaintiff's Fourteenth Amendment failure-to-intervene claim against Defendant Johnston.

Susan Paradise Baxter
United States District Judge